UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-00122-MW-MJF

ROWAN WILDER,

    Plaintiff,

vs.

SPARROW CONDOMINIUM INC.,

    Defendant.

_____/

### NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

**COMES NOW** Joseph G. Riopelle, Esq. of Boyd Richards Parker & Colonnelli, P.L., and hereby enters his appearance as Counsel on behalf of Defendant, SPARROW CONDOMINIUM INC. and asks that all pleadings, notices, correspondence, and other papers be served upon him.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 9th day of June 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's C/M/ECF System, which will send notification of such filing to all CM/ECF participants.

    Respectfully submitted,

    **BOYD RICHARDS PARKER & COLONNELLI, P.L.**
    400 N. Ashley Drive, Suite 1150

Tampa, FL 33602
Tel: 813-223-6021; Fax: 813-223-6024

By: */s/ Joseph G. Riopelle*
    **Joseph G. Riopelle**- FL Bar No. 44842
    jriopelle@boydlawgroup.com
    aduen@boydlawgroup.com
    serviceTPA@boydlawgroup.com