**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

ROWAN WILDER                                              Case No. 1:23-cv-00122-MW-MJF

    Plaintiff,

vs.

SPARROW CONDOMINIUM INC.

    Defendant.
_____/

**PLAINTIFF ROWAN WILDER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFESNES**

    Plaintiff Rowan Wilder respectfully seeks a thirty-day (30) extension of time to file a Motion to Strike Defendant Sparrow Condominium Inc.'s Affirmative Defenses, and states:

1. The Defendant filed its Answer and Affirmative Defenses on June 15, 2023.

2. The parties are exploring early resolution of this matter and do not wish to incur additional attorney's fees unnecessarily by filing a motion or responding to a motion that may soon be moot.

3. Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file her Motion to Strike Affirmative Defenses by thirty (30) days until August 7, 2023 while the parties continue to explore settlement opportunities.

4. This motion is made in good faith and not for purposes of delay.

## **RULE 7.1(B) CERTIFICATION**

Pursuant to Local Rule 7.1(B), undersigned counsel has conferred with opposing counsel and has been authorized to represent that this motion is unopposed.

Respectfully submitted July 6, 2023 by:

/s/ *Marcy I. LaHart, Esq.*

Marcy@floridaanimallawyer.com
MARCY I. LAHART, P.A.
249 SE Tuscawilla Road
Micanopy, FL 32667
(352) 545-7001
Counsel for Rowan Wilder

## **CERTIFICIATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2023 a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

BY: /s/ Marcy LaHart
Marcy LaHart, Esq.